# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:26-cv-3 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| SEAD MILJKOVIC, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

Before the Court is the parties' joint motion to stay the case (Doc. 9). The parties represent that they have finalized a consent judgment that resolves this matter in its entirety. (*Id.* at 1–2.) However, they are finalizing an "Order of Denaturalization." (*Id.* at 2.) They seek a stay to allow Defendant to attend his daughter's wedding and represent that they will file a consent judgment following the wedding. (*Id.* at 2.) For good cause shown, the parties motion (Doc. 9) is **GRANTED**. This matter is hereby **STAYED** until July 13, 2026. The stay **SHALL** expire on **July 13, 2026**, and the parties **SHALL** file their joint motion and consent order on or before **July 17, 2026**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**