UNITED STATES OF AMERICA, )
)            Civil Action No.: 1:26:cv-3
Plaintiff, )
)            **ORDER GRANTING**
v. )            **JOINT MOTION FOR**
SEAD MILJKOVIC, a/k/a )            **CONSENT JUDGMENT**
Sead Dukic, )
)
Defendant. )
)

The Court having considered the Complaint filed by the United States of America ("United States") against Defendant Sead Miljkovic a.k.a. Sead Dukic ("Defendant") and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel; the parties having filed a Joint Motion for Entry of Consent Judgment ("Joint Motion"); and Defendant having admitted that he illegally procured his naturalization as described in Count Two of the Complaint, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

(1)  The Joint Motion for Consent Judgment (Doc. 11) is **GRANTED**;

(2)  In accordance with the Joint Motion for Consent Judgment, judgment is **ENTERED** in favor of the United States and against Defendant;

(3)  The Court **FINDS** and **DECLARES** that Defendant illegally procured his U.S. citizenship, specifically finding that Defendant illegally procured his U.S. citizenship because he lacked the requisite good moral character to naturalize, based on false testimony he provided, as alleged in Count Two of the Complaint;

(4)  The order admitting Defendant to U.S. citizenship is **REVOKED** and **SET ASIDE**, effective as of the original date of the order, April 17, 2007;

(5) Certificate of Naturalization No. 28596959 is **CANCELED**, effective as of the original date of the certificate, April 17, 2007;

(6) Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his April 17, 2007 naturalization;

(7) Defendant shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, any Enhanced Driver's License, and any other indicia of U.S. citizenship (whether current or expired), as well as any copies thereof in his possession or control—and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others—to counsel for the United States, J. Max Weintraub;

(8) The Parties shall appear for a compliance hearing on **July 30, 2026, at 10:00 AM ET**, at which Defendant must demonstrate that he has complied with this Judgment, unless the United States provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**