**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SEAD MILJKOVIC,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-3<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

---

**JUDGMENT ORDER**

---

This matter is before the Court for case-management purposes. On July 17, 2026, the Court entered judgment in favor of Plaintiff. (Doc. 12.) On July 29, 2026, Plaintiff notified the Court that Defendant complied with the terms of the judgment. (Doc. 13.) Accordingly, the Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED**.

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT:**
***/s/ LeAnna R. Wilson***
**CLERK OF COURT**